IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ELIJAH PETERSON,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL ACTION NO.: CV206-043

## ORDER

Plaintiff, an inmate incarcerated at the Federal Correctional Institution in Jesup, Georgia, filed an action in this Court seeking to proceed *in forma pauperis*. By Order dated February 21, 2006, the Court denied Plaintiff's motion and instructed him to pay the filing fee in full within twenty days if he desired to proceed with this case. Plaintiff was advised that his failure to pay the full filing fee would result in the dismissal of this action without prejudice. Plaintiff has failed to pay the filing fee. Accordingly, this action is **DISMISSED**, without prejudice.

SO ORDERED, this 11th day of April, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)